UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARMALEE ZELMER,<br><br>　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Civil No.  2:15-cv-00246-MKD<br><br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND<br><br>**ECF No. 19** |

　　The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 4.

　　IT IS ORDERED that the motion, **ECF No. 19**, is **GRANTED**. The Commissioner's decision is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Page 1　　　ORDER

Upon remand, an Administrative Law Judge shall offer plaintiff an opportunity for a de novo hearing and a new decision with respect to Plaintiff's application for supplemental security income payments under Title XVI of the Social Security Act. On remand, the ALJ will reevaluate the medical opinion evidence, including the opinion of Dr. Carstens. The credibility, RFC, step four, and step five findings should also be reconsidered, as necessary.

This Court reverses the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

The District Court Executive is directed to enter judgment for plaintiff, provide copies of this order to the parties and CLOSE THE FILE.

DATED this 17th day of May, 2016.

*S/ Mary K. Dimke*

MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE